JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney For Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | No. 1:08-cr-00224 OWW |
| Plaintiff,               ) | |
| v.               ) | STIPULATION AND ORDER |
| GARY ERMOIAN, and STEPHEN JOHNSON,               ) | Post-Trial Motions/Sentencing Date: Date:  November 29, 2010 Time:  1:30 p.m. Hon. Oliver W. Wanger |
| Defendants.               ) | |

Defendant Gary Ermoian, through counsel, defendant Stephen Johnson, through counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the hearing on defendants' post trial motions under Fed.R.Crim.P. 29 and/or 33 and sentencing from November 1, 2010 to **November 29, 2010, at 1:30 p.m.** Defendants' post-trial motions under Fed.R.Crim.P. 29 and/or 33 remain due on October 15, 2010.   The schedule for the presentence report and objections remain as currently scheduled, except that the parties formal objections to the presentence report and/or Sentencing Memoranda are now due November 22, 2010.  U.S. Probation Officer Laurie McAnulty has been advised of this request to continue the sentencing date and has no objection.

The primary reason for this request is that counsel for Ermoian has a vacation scheduled from October 17 to November 2, 2010, and would need additional time to prepare Sentencing objections and memorandum upon his return

Assistant U.S. Attorney Mark E. Cullers and attorney Carl Faller have agreed to this request.

Respectfully submitted,

Dated:  September 13, 2010

/s/ John Balazs
John Balazs

Attorney for Defendant
Gary Ermoian

Dated:  September 13, 2010

/s/ Carl Faller
Carl Faller

Attorney for Defendant
Stephen Johnson

LAWRENCE G. BROWN
Acting U.S. Attorney

Dated: September 13, 2010

By:    /s/ Mark E. Cullers
MARK E. CULLERS
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   September 14, 2010**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE