JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-F 08-224-OWW |
| Plaintiff, ) | |
| ) | ORDER RE:  HEARING ON JUROR |
| v. ) | CONTACT |
| ) | |
| GARY ERMOIAN, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Hon. Oliver W. Wanger |

On October 12, 2010, the Court held a hearing regarding the contacting of jurors. Assistant U.S. Attorney Laurel J. Montoya appeared for the government. Attorney Carl Faller appeared for defendant Steven L. Johnson. Attorney John Balazs appeared telephonically for defendant Gary L. Ermoian. The Court informed counsel that some jurors reported being contacted at their homes for potential juror interviews by an investigator for Mr. Ermoian's counsel. The Court stated it was not barring juror interviews, but the Court expressed concern about unannounced visits at jurors' residences. After comments by the parties, all parties agreed to an order that future contact with jurors be first by telephone and that in-person interviews be only with the juror's prior consent. Therefore, IT IS HEREBY ORDERED as follows:

1.      Any future contact with the trial jurors in this case by the parties, their counsel, or investigators be conducted first by telephone. No juror shall be contacted in

1 person at their residences or elsewhere without their prior approval to such an in-person
2 meeting.
3     2.    At the request of defense counsel and without objection by the government,
4 the current schedule for the filing, briefing, and hearing of post-trial motions for acquittal
5 and/or new trial and the sentencing hearing shall be vacated.  The parties shall submit a
6 stipulation with new agreed-upon dates for post-trial motions and sentencing.

                           IT IS SO ORDERED.

**Dated:  October 12, 2010**           **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE