CARL M. FALLER   SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
Fax – 559-734-0867
carl.faller@fallerdefense.com

Attorney for Defendant Stephen Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN J. JOHNSON, ET AL., <br><br> Defendants. | 1:08-cr-00224OWW <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF MOTION FOR NEW TRIAL, FOR DIRECTED VERDICT OF ACQUITTAL, AND FOR SENTENCING |

It is hereby stipulated by and between the parties hereto as follows:

On October 12, 2010, the court vacated the dates for filing and hearing motions for new trial, for judgment of acquittal, and for sentencing in this matter, which were set for October 15, 2010 and November 29, 2010, respectively.  At the present time, the lead prosecutor on the case is out of the country and not available for consultation concerning new dates for the filing of the motions and for the hearings thereon.  It is therefore requested by the parties that the parties be allowed to consult within the next fourteen days regarding new dates and they file a subsequent

stipulation reflecting that agreement.  Pursuant to this order, all rights of the defendants to file such motions are preserved and nothing in this action shall impair those rights as they presently exist.

DATE:  October 15, 2010                           Respectfully submitted,


                                     /s/Carl M. Faller
                                     CARL M. FALLER
                                     Attorney for Defendant
                                     STEPHEN JOHNSON

                                     /s/ John P. Balazs
                                     JOHN P. BALAZS
                                     Attorney for Defendant
                                     GARY ERMOIAN

                                     /s/Laurel J. Montoya
                                     LAUREL J. MONTOYA
                                     Attorney for the
                                     United States

ORDER:

     Based on the above, and good cause appearing therefore, it is hereby ordered that the date for filing  motions for new trial and/or to set aside the guilty verdict, by defendants herein, is extended beyond the current deadline of October 15, 2010 to a date to be determined by the parties after additional consultation.  This extension of time does not impair any existing rights to file said motions on the part of the defendants, and if they are filed within the new time schedule, they will be considered timely filed.

IT IS SO ORDERED.

Dated: **October 15, 2010**          **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE