CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
STEPHEN J. JOHNSON

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:08-cr-00224 OWW |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO EXTEND DATES FOR FILING AND HEARING POST-TRIAL MOTIONS AND FOR SENTENCING |
| GARY L. ERMOIAN & | ) |
| STEPHEN J. JOHNSON, | ) |
| Defendant. | |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, that the date for filing all post-trial motions, including motions for new trial is hereby extended to January 31, 2011 and the date for response on the part of the government is extended to February 21, 2011.  The hearing on said motions, and for defendants' sentencing, is set for February 28, 2011 at 9:00 am.

Dated:  November 22, 2010

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
STEPHEN J. JOHNSON

          /s/John Balazs_____
          JOHN BALAZS
          Attorney for Defendant
          GARY L. ERMOIAN


          BENJAMIN B. WAGNER
          United States Attorney


By   /s/ Mark E. Cullers_____
     MARK E. CULLERS
     Assistant U.S. Attorney

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendants' post- trial motions are to be filed on or before January 31, 2011, with the government's response to be filed on before February 21, 2011 and that the hearing on said motions, together with defendants' sentencing will be held on February 28, 2011 at 9:00 am.

IT IS SO ORDERED.

Dated:  **November 23, 2010**          **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE