CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
STEPHEN J. JOHNSON

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>STEPHEN J. JOHNSON,<br><br>          Defendant. | Case No.: 1:08-cr-00224 OWW<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE:  May 16, 2011<br>TIME:  1:30 pm<br>Honorable Oliver W. Wanger |

     This matter is currently scheduled for sentencing on May 16, 2011 at 1:30 pm.  It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, that the sentencing hearing be continued until June 13, 2011 at 1:30 pm.  The reason for the continuance is that defense counsel is currently in trial in the case of *People v. Benito Salas and Antonio Salas* (F09903456), a double-murder case in which special circumstances are alleged. The trial is scheduled to last until the end of May and the date requested herein will give sufficient time for the trial to conclude and avoid the necessity of a further continuance.

Dated: May 6, 2011

                                           /s/  Carl M. Faller_____
                                           CARL M. FALLER
                                           Attorney for Defendant
                                           STEPHEN J. JOHNSON

1 | BENJAMIN B. WAGNER
United States Attorney

3 | By  /s/ Mark E. Cullers
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby

ORDERED that the defendant's sentencing be continued from May 16, 2011 at 1:30 pm, to June 13, 2011 at 1:30 pm.

IT IS SO ORDERED.

Dated May 6, 2011                    /s/ OLIVER W. WANGER
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com