BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVEN J. JOHNSON,<br><br>        Defendant. | CR. NO. 1:08-cr-00224 OWW<br><br>STIPULATION TO CONTINUE SENTENCING AND MOTION FOR NEW TRIAL; ORDER<br><br>DATE: July 18, 2011<br>TIME: 9:00 A.M.<br>PLACE: Courtroom Three<br>Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current sentencing and motion for new trial hearing set for June 13, 2011, at 9:00 a.m., be continued to July 18, 2011, at 9:00 a.m. before the Honorable Oliver W. Wanger, United States District Court Judge.

One of the government's counsel is unavailable on the date

//
//
//
//
//
//

1

1 currently set and counsel for the defendant is currently in trial
2 and expects the trial to last until mid-July 2011.
3 Dated: June 6, 2011                     BENJAMIN B. WAGNER
                                          United States Attorney
4
5                                         By /s/Laurel J. Montoya
                                             LAUREL J. MONTOYA
6                                         Assistant U.S. Attorney
7
8 DATED: June 6, 2011                     /S/ Carl M. Faller
                                          CARL M. FALLER
9                                         Attorney for Defendant Johnson
10

**ORDER**

IT IS HEREBY ORDERED, that the sentencing and motion for new trial hearing of June 13, 2011 at 9:00 a.m. be continued to July 18, 2011 at 9:00 a.m.  For the reasons set forth above, the continuance requested is granted for good cause.

NO FURTHER CONTINUANCES

IT IS SO ORDERED.

**Dated:   June 6, 2011**                        /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE

2