CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
STEPHEN J. JOHNSON

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>STEPHEN J. JOHNSON,<br><br>        Defendant. | Case No.: 1:08-cr-0224 OWW<br><br>MOTION TO WITHDRAW NOTICE OF APPEAL |

      On July 18, 2011, defendant was sentenced and granted release pending appeal.  In an attempt to preserve defendant's right to appeal, trial counsel, Carl M. Faller, submitted a Notice of Appeal on his behalf.  However, defendant does not have funds to retain counsel on appeal, nor the ability to pay the filing fee which is required.  Trial counsel has conferred with the Office of the Federal Defender, and they have indicated that trial counsel should withdraw the notice of appeal and that it will be filed by appointed counsel after defendant's financial status has been confirmed and counsel on appeal is appointed.

      It is therefore requested that the Notice of Appeal submitted by trial counsel, document 719 in the clerk's record, be ordered withdrawn.

Dated:  July 21, 2011

                                      /s/  Carl M. Faller_____
                                      CARL M. FALLER
                                      Attorney for Defendant
                                      STEPHEN J. JOHNSON

                                                                     /s/

ORDER:

Based on the above, and good cause appearing, it is hereby ordered that the Notice of Appeal filed by this defendant as document number 719 in the clerk's record of the case, be deemed withdrawn, pending appointment of appellate counsel.

IT IS SO ORDERED.

Dated: __**July 22, 2011**__                              __**/s/ Oliver W. Wanger**__
                                                                              UNITED STATES DISTRICT JUDGE