JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney For Defendant
GARY ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY ERMOIAN, and STEPHEN JOHNSON,<br><br>Defendants. | No. CR-F 08-224-LJO<br><br>STIPULATION AND ORDER TO UNSEAL TRANSCRIPTS<br><br>Hon. Lawrence J. O'Neill |

Defendant Gary Ermoian, through counsel, defendant Stephen Johnson, through counsel, and the United States, through its counsel, hereby stipulate and request that the Court unseal the transcripts of the following court hearings to the extent necessary to permit defense counsel to obtain and review the transcripts under the conditions set forth below:

(1) 1/19/2010 evidentiary hearing;

(2) 2/3/2010   in-camera telephonic conference; and

(3) 3/23/2010 hearing re confidential documents.

This stipulation and proposed order is to permit defense counsel to review the transcripts for purposes of appeal.   The court reporter may provide a copy of the

1  transcripts of these three hearings to defense counsel.  Defense counsel stipulate and agree

2  not to disseminate these transcripts or the information contained therein to any person,

3  except for their staff  to assist in the defendants' effective representation, until further order

4  of this court or the Ninth Circuit Court of Appeals.

5                                        Respectfully submitted,

6       Dated:  September 29, 2011

7

8                                        /s/ John Balazs
                                         John Balazs
9
                                         Attorney for Defendant
10                                       Gary Ermoian

11      Dated:  September 29, 2011

12                                       /s/ Jerald Brainin
                                         Jerald Brainin
13
                                         Attorney for Defendant
14                                       Stephen Johnson

15
                                         BENJAMIN B. WAGNER
16                                       U.S. Attorney
        Dated: September 29, 2011
17

18                               By:    /s/ Mark E. Cullers
                                        MARK E. CULLERS
19                                      Assistant U.S. Attorney

20

21                                      ORDER

22                              IT IS SO ORDERED.

23      **Dated:    September 30, 2011          /s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                          2