JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
GARY L. ERMOIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-CR-00224-LJO |
| Plaintiff, | |
| | JUDGMENT OF ACQUITTAL |
| v. | |
| GARY L. ERMOIAN, and STEPHEN JOHN JOHNSON, | |
| Defendants. | Hon. Lawrence J. O'Neill |

Pursuant to the Ninth Circuit's amended opinion filed August 28, 2013 in <u>United States v. Ermoian, et. al.</u>, No. 11-10124 & No. 11-10388, IT IS HEREBY ORDERED that a judgment of acquittal is entered in this case on behalf of defendants Gary L. Ermoian and Stephen John Johnson on count 16 of the Second Superseding Indictment.

IT IS SO ORDERED.

**Dated:   September 18, 2013**     /s/  Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE