Jerald Lee Brainin
Law Offices
State Bar #53207
P.O. Box 66365
Los Angeles, CA 90066
Telephone: 310-397-3910
Facsimile: 8663832599

Attorney for Defendant
Stephen Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  Plaintiff  v.  STEPHEN JOHNSON,  Defendant. | Case No. 08-00224 - LJO  ORDER TO CONTINUE THE RESENTENCING HEARING |
|---|---|

    Upon the petition of retained counsel, Jerald Brainin,

    IT IS HEREBY ORDERED that the motion to continue the resentencing hearing is granted. The new hearing date will be reset on March 10, 2014, at 11:00am. IT IS SO ORDERED.

Dated: January 17, 2014           /s/ Lawrence J. O'Neill_____
                                         LAWRENCE J. O'NEILL
                                         United States District Judge