# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0224 LJO |
| Plaintiff, | **ORDER TO DENY MOTION FOR BAIL PENDING APPEAL** <br> (Doc. 828.) |
| vs. | |
| STEPHEN JOHNSON, | |
| Defendant. | |

This Court has reviewed and considered defendant's Motion for Bail On Appeal, as well as the Government's opposition. This Court does not find that, pursuant to 18 U.S.C. § 3143(b)(1), the Defendant is not bringing this appeal for the purpose of delay. Furthermore, this Court finds that the appeal does not raise any substantial question of fact.

As such, this Court DENIES defendant's motion.

IT IS SO ORDERED.

Dated:   **March 27, 2014**          /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28