Jerald Lee Brainin
Law Offices
State Bar #53207
P.O. Box 66365
Los Angeles, CA 90066
Telephone: 310-397-3910
Facsimile: 8663832599

Attorney for Defendant
Stephen Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>STEPHEN JOHNSON,<br><br>Defendant. | Case No. 08-00224 - LJO<br><br>ORDER RE:<br>EXTENSION OF DEFENDANT'S<br>BAIL STATUS ON APPEAL |

    Upon the petition of retained counsel, Jerald Brainin,

    IT IS HEREBY ORDERED that defendant's current bail status be extended under the terms and conditions previously imposed during his pre-trial, trial, and post-trial release.  This action is taken at the direction of, and pursuant to, the Order of the Ninth Circuit.

IT IS SO ORDERED.

Dated: May15, 2014           /s/ Lawrence J. O'Neill_____
                                       HONRABLE LAWRENCE J. O'NEILL
                                       United States District Judge

Presented by:

*s/Jerald Brainin*
Jerald Brainin, Attorney